1

2

3

4

5

6                           UNITED STATES DISTRICT COURT

7                         NORTHERN DISTRICT OF CALIFORNIA

8

9    HUMBERTO FAJARDO,                           No. C 10-3778 SI (pr)

10              Petitioner,                        **ORDER OF DISMISSAL**

11        v.

12   RANDY GROUNDS, warden,

13              Respondent.
                                            /
14

15        Petitioner filed this habeas action to challenge a prison disciplinary decision.  Respondent

16   has moved to dismiss the petition on the grounds that (1) the petition fails to state a cognizable

17   habeas claim because the time credit forfeiture part of the prison disciplinary decision was

18   vacated and the decision therefore had no effect on the fact or duration of petitioner's

19   confinement and (2) the petition was not timely filed.  The court need not decide the merits of

20   the unopposed motion to dismiss because another procedural problem compels dismissal.

21        On December 15, 2010, mail was sent to petitioner at the prison address he provided to

22   the court and was returned undelivered on December 27, 2010, with a notation that petitioner

23   had been paroled.  Petitioner has not provided any address other than the one to which the

24   undeliverable mail was sent.  More than sixty days have passed since the mail was returned to

25   the court undelivered.  Petitioner has failed to comply with Local Rule 3-11(a) which requires

26   that a party proceeding pro se must "promptly file with the Court and serve upon all opposing

27   parties a Notice of Change of Address specifying the new address" when his address changes.

28   Local Rule 3-11(b) allows the court to dismiss a complaint without prejudice when mail directed

to a <u>pro</u> <u>se</u> party is returned as not deliverable and the <u>pro</u> <u>se</u> party fails to file a notice of his current address within sixty days of the return of the undelivered mail.  For the foregoing reasons, this action is dismissed without prejudice because petitioner failed to keep the court informed of his address in compliance with Local Rule 3-11(a).

Respondent's motion to dismiss is DISMISSED as unnecessary.  (Docket # 7.)

The clerk will close the file.

IT IS SO ORDERED.

Dated: May 5, 2011

_____
SUSAN ILLSTON
United States District Judge