UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUMBERTO FAJARDO, | No. C 10-3778 SI (pr) |
|     Petitioner, | **JUDGMENT** |
| v. | |
| RANDY GROUNDS, warden, | |
|     Respondent. | |

This action is dismissed without prejudice because petitioner failed to keep the court informed of his address.

IT IS SO ORDERED AND ADJUDGED.

Dated: May 5, 2011

_____
SUSAN ILLSTON
United States District Judge